**Joeffre KOLOSKY, Appellant,**

v.

**CITY OF BROOKLYN PARK; City of Brooklyn Center; City of Burnsville, City of Savage; Dakota County, Appellees.**

No. 08–1876.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 12, 2009.

Filed: June 22, 2009.

Joeffre Kolosky, Minneapolis, MN, pro se.

Jon Kermit Iverson, Iverson & Reuvers, Bloomington, MN, Andrea Gail White, Dakota County Attorney's Office, Hastings, MN, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

---

PER CURIAM.

Joeffre Kolosky appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. After de novo review, *see Olsen v. Mukasey*, 541 F.3d 827, 830 (8th Cir.2008), *cert. denied*, —— U.S. ——, 129 S.Ct. 2178, 173 L.Ed.2d 1156 (2009), we conclude the dismissal of Kolosky's complaint was proper for the reasons stated by the district court. We also find no abuse of discretion in the district court's denial of Kolosky's motion to proceed in forma pauperis on appeal, because Kolosky failed to demonstrate that he had insufficient resources to pay the filing fee. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.